IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| R JOURNEY, LLC; CEDAR CITY RV RESORT, LLC; CORTEZ RV RESORT, LLC; and DIXIE FOREST RV RESORT, LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>KAMPGROUNDS OF AMERICA, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | CV 22-48-BLG-SPW<br><br>ORDER |

Defendant/Counterclaim Plaintiff Kampgrounds of America, Inc. moves for the admission of Daniel DeCarlo to practice before the Court in the above captioned matter with M. Blake Hill of Salt Lake City, Utah, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendant/Counterclaim Plaintiff Kampgrounds of America's motion to admit Daniel DeCarlo to appear *pro hac vice* (Doc. 20) is

1

GRANTED and he is authorized to appear as counsel with M. Blake Hill as local counsel pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 7th day of September, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge