IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| R JOURNEY LLC; CEDAR CITY RV RESORT, LLC; CORTEZ RV RESORT, LLC; DIXIE FOREST RV RESORT, LLC, <br><br> Plaintiffs/ Counterclaim Defendants, <br><br> vs. <br><br> KAMPGROUNDS OF AMERICA, INC., <br><br> Defendant/ Counterclaim Plaintiff. | CV 22-48-BLG-SPW <br><br> ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE |

On September 7, 2022, the Court held a telephonic preliminary pretrial conference. However, the parties requested a continuance of the conference until after the pending motion to dismiss has been ruled upon, to better determine the appropriate deadlines.

Accordingly, IT IS ORDERED that the preliminary pretrial conference shall be CONTINUED until after the Court rules on Plaintiffs' Motion to Dismiss (Doc. 19). At that time, the Court shall set the new date for the preliminary pretrial conference, as well as the associated deadlines for the parties to meet and confer on

1

matters listed in Fed. R. Civ. P. 26(f) and the written report outlining the joint discovery plan.

DATED this _7th_ day of September, 2022.

_Susan P. Watters_

SUSAN P. WATTERS
United States District Judge