IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| R JOURNEY LLC; CEDAR CITY RV RESORT, LLC; CORTEZ RV RESORT, LLC; DIXIE FOREST RV RESORT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMPGROUNDS OF AMERICA, INC.,<br><br>Defendant.<br><br>KAMPGROUNDS OF AMERICA, INC.<br><br>Counter-Complainant,<br><br>vs.<br><br>R JOURNEY, LLC AND DOES 1-10, INCLUSIVE,<br><br>Counter-Defendants. | Cause No.: CV-22-48-BLG-SPW<br><br>**ORDER DISMISSING WITH PREJUDICE** |

Upon the Stipulation of Dismissal with Prejudice (Doc. 56) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED** in its entirety, **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for July 24, 2024 at 1:30 p.m. and the Jury Trial set for August 5, 2024 at 9:00 a.m. are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of March, 2024.

SUSAN P. WATTERS
United States District Court Judge